Tiffany R. Norman (State Bar No. 239873)
**TRN LAW ASSOCIATES**
870 Market Street, Suite 786
San Francisco, California 94102
Telephone: (415) 823-4566
Facsimile: (415) 762-5490

Attorney for Plaintiff
Timothy J. Mayher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. MAYHER,<br><br>Plaintiff,<br><br>v.<br><br>RABOBANK, N.A., BRECKENRIDGE PROPERTY FUND 2016, and DOES 1-20,<br><br>Defendants. | Case No.: 5:18-cv-05501-NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND** |

The parties through their respective counsel stipulate that:

1. On July 31, 2018, Plaintiff Timothy J. Mayher ("Plaintiff") filed his complaint ("Complaint") in the Superior Court of California, Santa Clara County ("State Court Action").

2. On August 17, 2018, Plaintiff filed a First Amended Complaint ("FAC") in the State Court Action, but did not serve the FAC on the defendants.

3. On September 7, 2018, Defendant Rabobank, N.A. ("Rabobank") filed a Notice of Removal attaching the Complaint as the operative pleading (D.E. 1).

4. Plaintiff has dismissed with prejudice his claims for alleged violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691, *et seq.* ("ECOA") and the Real Estate Settlement Procedures Act, 12 U.S.C. 2601, *et seq.* ("RESPA") (D.E. 1).

5. Defendants Rabobank and Breckenridge Property Fund 2016 (collectively, "Defendants") consented to Plaintiff's filing of the proposed Second Amended Complaint.

6. On October 8, 2018, Plaintiff filed a Second Amended Complaint whereby he removed the federal claims, with prejudice.

NOW THEREFORE, Plaintiff and Defendants HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. There being no federal claims, the Parties stipulate to the case being remanded to state court.

IT IS SO STIPULATED.

Dated: October 22, 2018

TRN LAW ASSOCIATES

/s/ Tiffany R. Norman
By: Tiffany R. Norman
Attorneys for Plaintiff Timothy J. Mayher

MAURICE WUTSCHER LLP

Dated: October 22, 2018

/s/ Eric Tsai
By: Eric Tsai
Attorneys for Defendant Rabobank, N.A.

Dated: October 22, 2018

WEDGEWOOD

/s/ Julie A. Choi
By: Julie A. Choi
Attorneys for Defendant Breckenridge Property Fund 2016

Stipulation to Remand case to State Court

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  October 25, 2018

Honorable Nathanael M. Cousins
United States Magistrate Judge



---
Page 3 of 3

Stipulation to Remand case to State Court

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the aforesaid county, State of California. My business address is 870 Market Street, Suite 786, San Francisco, CA 94102.

On the below date, I served the foregoing:

**1. STIPULATION AND [PROPOSED] ORDER TO REMAND**

*Served Electronically via the Court's CM/ECF System:*

**Counsel for Plaintiff:**

Eric Tsai, Esq.
Julie Choi, Esq.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on October 23, 2018, at Glen Ellen, CA.

/s/ Steve Kolkey
Steve Kolkey